IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| GUS PETER GRAMMAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-05-543 |
| | § | |
| DOUG DRETKE | § | |

## OPINION AND ORDER

Before the Court are the objections of Doug Dretke to the Report and Recommendation of the United States Magistrate Judge which recommends that the Motion of Respondent, State of Texas, to dismiss the Petition for Writ of Corum Nobis of Gus Peter Grammas be denied.

Having given this matter *de novo* review, pursuant 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation is a correct application of the law to the facts alleged in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the " Motion to Dismiss for Lack of Jurisdiction" (Instrument no. 11) of Douglas Dretke is **DENIED**.

It is further **ORDERED** that this action is **REFERRED** to the United States Magistrate Judge for further consideration.

**DONE** at Galveston, Texas, this 6th day of June, 2006.

Samuel B. Kent
United States District Judge